| | |
|---|---|
| ADIAHA STRANGE, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SELECT MANAGEMENT RESOURCES,<br>LLC, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-321-CCE-JEP |
| AISHA PHILLIPS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SELECT MANAGEMENT RESOURCES,<br>LLC, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-325-CCE-JEP |
| ADRIAN NICHOLSON, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SELECT MANAGEMENT RESOURCES,<br>LLC, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-519-CCE-JEP |
| ASIA ARCHIE, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SELECT MANAGEMENT RESOURCES,<br>LLC, et al.,<br><br>      Defendants. | Civil Action No. 1:19-cv-575-CCE-JEP |

## JOINT STATEMENT OF CASE STATUS

Plaintiffs and Defendants, by and through undersigned counsel, respectfully submit this joint statement updating the Court on the status of this case per the Court's request at the hearing of Plaintiffs' Motion to Compel Arbitration held on June 24, 2019 in the *Strange* and *Phillips* cases.

1.      Pursuant to the Court's direction, counsel for the parties have consulted and agreed upon what they believe to be an efficient process for proceeding in these cases.

2.      The parties will mediate these cases (as well as Civil Action No. 1:19-cv-519-CCE-JEP, Civil Action No. 1:19-cv- 575-CCE-JEP, and *Greene, et al. v. Select Management Resources, et al*. Case # 19CVS6017 (Guilford County Superior Court)) on July 24, 2019.  Benjamin Davis, Esq. has agreed to serve as the mediator.

3.      In addition to mediating the underlying disputes, if some or all of the parties are unable to reach a settlement and Mr. Davis declares an impasse, Mr. Davis will then assist counsel to mediate the process by which any remaining claims will be adjudicated going forward.

4.      Counsel will report back to the Court on or before August 15, 2019.

5.      In light of the agreement of the Parties to complete mediation and timely report back to the Court, the Parties respectfully request that these cases be stayed until August 15, 2019.

2

6.      Further, the Parties jointly request that the Court continue the Initial Pretrial

Conference in Civil Action No. 1:19-cv- 519-CCE-JEP, Civil Action No. 1:19-cv- 575-

CCE-JEP until after August 15, 2019.

This the 3rd day of July, 2019.


/s/ Melanie Black Dubis                          /s/ James R. Faucher
Melanie Black Dubis                              James R. Faucher
N.C. State Bar No. 22027                         N.C. State Bar No. 31514
Catharine Biggs Arrowood                         BROWN FAUCHER PERALDO & BENSON,
PLLC
N.C. State Bar No. 6984                          822 N. Elm St., Suite 200
Catherine R. L. Lawson                           Greensboro, NC  27401
N.C. State Bar No. 44574                         Telephone: (336) 478-6000
PARKER POE ADAMS & BERNSTEIN LLP                 Facsimile: (336) 273-5597
301 Fayetteville Street, Suite 1400              Email:  james@greensborolawcenter.com
Raleigh, North Carolina  27601
Telephone:  (919) 828-0564                       *Attorneys for Plaintiffs*
Facsimile:  (919) 834-4564
Email:  melaniedubis@parkerpoe.com
        cbarrowood@parkerpoe.com
        catherinelawson@parkerpoe.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT STATEMENT OF CASE STATUS** was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of same addressed as follows:

James Robert Faucher
Benson, Brown & Faucher, PLLC
822 N. Elm St., Ste. 200
Greensboro, NC 27401
Email: jfaucher@bbflaw.com
*Counsel for Plaintiffs*

Scott F. Wyatt
Donavan J. Hylarides
Wyatt Early Harris Wheeler LLP
1912 Eastchester Drive, Suite 400
High Point, NC 27265
Email: swyatt@wehwlaw.com
          dhylarides@wehwlaw.com
*Counsel for Defendants*

This the 3rd day of July, 2019.

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
Email: melaniedubis@parkerpoe.com

4

PPAB 5001145v1